UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and<br>    Judgment Creditor,<br><br>v.<br><br>RODNEY HYSON, SR.<br><br>    Defendant and,<br>    Judgment Debtor,<br>and<br><br>Bank of America<br>Levy and Attachments Department<br>P.O. Box 54660<br>Los Angeles, Ca 90054<br><br>    Garnishee. | CIVIL NO. WMN-95-3909 |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered in the above-captioned case against Rodney Hyson, Sr., defendant, social security number **XXX-XX-2560**, whose last known address is 308 West Moore Street, Southport, North Carolina 28461-3832 and who is indebted to the United States in the amount of $3,000,000.00 and applicable interest as determined by law.

The debtor has not satisfied the judgment. As of February 19, 2008, there remains due and owing to the creditor by the debtor the sum of $4,637,052.71

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

                Respectfully Submitted,

                Rod J. Rosenstein
                UNITED STATES ATTORNEY

                _____
                Allen F. Loucks
                Assistant United States Attorney
                36 South Charles Street
                4th Floor
                Baltimore, Maryland 21201
                (410) 209-4800
                Trial Bar No. 03094