UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,     *
    *
         Plaintiff and     *
         Judgment Creditor,     *
v.     *   CIVIL NO. WMN-95-3909
RODNEY HYSON, SR     *
    *
    *
         Defendant and,     *
         Judgment Debtor,     *
and     *
    *
Bank of America     *
Levy and Attachments     *
P.O. Box 54660     *
Los Angeles, Ca 90054     *
    *
         Garnishee.     *

## ANSWER OF THE GARNISHEE

_____ BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

      Yes  No

1. Judgment Debtor was in my/our employ.

2. Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.  Enter date present pay period began.  (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages.  Calculate below:

    (a) Gross Pay                 $_____

    (b) Federal income tax     $_____

    (c) F.I.C.A. income tax     $_____

    (d) State income tax       $_____

    Total of tax withholdings  $_____

    Net Wages                       $_____
    (a less total of b,c,d)

4. Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____   [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____   [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

_____   [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in

his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Rodney Hyson, Sr, 308 West Moore Street, Southport, North Carolina and (2) the attorney for the United States, Allen F. Loucks, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
Garnishee

Subscribed and sworn to before me this _____ day of _____ 2008.

_____
Notary Public

My Commission expires: _____

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

>   Clerk, United States District Court
>   U.S. Courthouse, Room 409
>   4th Floor
>   Baltimore, Maryland  21201

and a copy of this Answer to:

>   Allen F. Loucks
>   Assistant United States Attorney
>   36 South Charles Street
>   4th Floor
>   Baltimore, Maryland  21201
>   Attention:  Financial Litigation Unit

Make your check payable to:

>   U. S. Department of Justice

and mail your check to:

>   United States Attorney's Office
>   36 South Charles Street
>   4th Floor
>   Baltimore, Maryland  21201
>   Attn:  Financial Litigation Unit